IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRIN SINGETHAN; and<br>HARALD HOERIG,<br><br>     Plaintiffs,<br><br>   vs.<br><br>HARISH S. BHAT; LEEMAY HUANG;<br>and DOES 1 through 20;<br><br>     Defendants. | 1:10cv0102 DLB<br><br>ORDER GRANTING STIPULATION<br>OF DISMISSAL<br><br>(Document 12) |

Pursuant to the stipulation of dismissal filed by the parties on November 10, 2010, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

**Dated:   November 18, 2010**                    **/s/ Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE

1